**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ERIC R. FORD,

                       Plaintiff,

     -against-

CLIENT SERVICES, INC.,

                       Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 21-2588 (JS) (JMW)

      An Electronic Order Dismissing Case of Honorable Joanna Seybert, United States District Judge, having been filed on October 6, 2021, dismissing the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff Eric R. Ford take nothing of Defendant Client Services, Inc.; that the complaint is dismissed without prejudice; and that this case is closed.

Dated: October 7, 2021
       Central Islip, New York

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                                  By:    /s/ James J. Toritto
                                               Deputy Clerk